419 A.2d 188

Commonwealth v. Burton, Appellant.

Submitted September 15, 1978. Robert F. Pappano, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

598

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.